# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, <br>     Plaintiff(s), <br> v. <br> EASTERN LION, LLC, <br>     Defendant(s). | Case No. 2:23-cv-01538-APG-NJK <br><br> **ORDER TO SHOW CAUSE** |

Summons was returned executed reflecting service on October 4, 2023. Docket No. 5. In the intervening six months, Defendant has not appeared and has not sought an extension of the deadline to respond to the complaint. Moreover, Plaintiff has not sought default or otherwise advanced the case against Defendant. Plaintiff is hereby ORDERED to show cause in writing, no later than May 10, 2024, why Defendant should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

    Dated:  April 18, 2024

                                          Nancy J. Koppe <br>
                                          United States Magistrate Judge