# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAM EDDINS,

     Plaintiff(s),

v.

EASTERN LION, LLC,

     Defendant(s).

Case No. 2:23-cv-01538-APG-NJK

**ORDER**

Pending before the Court is an order to show cause why this case should not be dismissed for failure to prosecute. Docket No. 6. Plaintiff has filed a response and a notice of settlement. Docket Nos. 7-8. The Court is not persuaded that the reasons proffered for the delay are appropriate. Nonetheless, given that a settlement has been reached, the order to show cause is DISCHARGED. Dismissal papers must be filed by June 10, 2024.

IT IS SO ORDERED.

Dated: May 8, 2024

_____
Nancy J. Koppe
United States Magistrate Judge